IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT COURT OF OKLAHOMA

IN RE:

WILLIAM ROBERT GARRETT

Debtor(s).

Case No. BK-08-12224-NLJ
Chapter 7

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW, Susan Manchester, Trustee of the above-captioned bankruptcy matter, pursuant to Bankruptcy Rule 3010 and reports to the Court Clerk that after final distribution the following funds are unclaimed:

CLAIMANT:

| | |
|---|---:|
| CITIBANK/RESURGENT CAP SERV. | 0.78 |
| CITIBANK/RESURGENT CAP SERV. | 0.91 |

TOTAL: $1.69

SUSAN MANCHESTER, OBA #8825
1100 N. Shartel
Oklahoma City, Oklahoma 73103
(405) 278-8880
CHAPTER 7 TRUSTEE